UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| CONNIE L. MOONEYHAM, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | Case No. 3:21-cv-270 |
| v. ) | |
| ) | Judge Atchley |
| TONY PARKER, *et al.*, ) | |
| ) | Magistrate Judge McCook |
| *Defendants*. ) | |

## JUDGMENT

The Honorable Charles E. Atchley, Jr., having dismissed this action in the contemporaneously-filed Trial Opinion, it is hereby **ORDERED AND ADJUDGED** that this action be, and hereby is, **DISMISSED WITH PREJUDICE**.

*/s/ LeAnna R. Wilson*
LeAnna R. Wilson
CLERK OF COURT